IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID WAYNE BIGGS, Plaintiff, | § | |
| v. | § | CASE NO. 3:15-CV-0936-B |
| ROCKTENN CP, LLC AND ROCK-TENN SHARED SERVICES, LLC Defendants. | § | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Plaintiff, DAVID WAYNE BIGGS, and pursuant to FED. R. CIV. P. 41(a), file this his Agreed Stipulation of Dismissal with Prejudice in the above-entitled and numbered cause.

**STIPULATIONS**

1. Plaintiff DAVID WAYNE BIGGS stipulates to the dismissal of each and all of their causes of action asserted against Defendants, ROCKTENN CP, LLC AND ROCK-TENN SHARED SERVICES, LLC, in this action, with prejudice to said actions being refiled against Defendants.

2. All parties hereto stipulate that taxable costs of court shall be borne by the party incurring same.

**LAW OFFICE OF AVERY MCDANIEL**

By:______________________________
**AVERY MCDANIEL**
State Bar No. 24000121
**GARETTE M. AMIS**
State Bar No. 24040425

1205 North Main Street
Fort Worth, Texas 76164
Tel: 817-810-9500
Fax: 817-810-9994
avery@averymcdaniel.com
garette@averymcdaniel.com

**ATTORNEYS FOR PLAINTIFF**
**DAVID WAYNE BIGGS**

**SARGENT LAW, P.C.**

By:______________________________
**DAVID L. SARGENT**
State Bar No. 17648700
david.sargent@sargentlawtx.com
**BRENT W. CHANDLER**
State Bar No. 24055291
brent.chandler@sargentlawtx.com

901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6000 (direct – David Sargent)
(214) 749-610016 (fax – David Sargent)
(214) 749-6510 (direct – Brent Chandler)
(214) 749-6310 (fax – Brent Chandler)

**ATTORNEYS FOR DEFENDANTS**
**ROCKTENN CP, LLC AND**
**ROCK-TENN SHARED SERVICES, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2016, a true and correct copy of the above and foregoing instrument was forwarded to the following via the ECF filing system:

Avery McDaniel
Garette M. Amis
Law Office of Avery McDaniel
1205 North Main Street
Fort Worth, Texas 76164

**ATTORNEYS FOR PLAINTIFF**

Kyle Dreyer
Aaron J. Burke
HARTLINE DACUS BARGER DREYER LLP
8750 North Central Expressway, Suite 1600
Dallas, TX 75231

**CO-COUNSEL FOR DEFENDANTS**

**BRENT W. CHANDLER**